# AFFIDAVIT OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

Case #: 2:21-cv-93

**Fund Recovery Services, LLC**   Plaintiff

**vs.**

**Raviv Wolfe and Katherine Wolfe**   Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint**

| | |
|---|---|
| PARTY SERVED: | **RAVIV WOLFE** |
| PERSON SERVED: | **REBECCA NELSON, CO HABITANT** |
| METHOD OF SERVICE: | **Substitute -** By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **3/19/2021**. |
| DATE & TIME OF DELIVERY: | **03/18/2021 at 6:25 PM** |
| ADDRESS, CITY AND STATE: | **343 WOLF POINTE PLAZA, UNIT 4304, CHICAGO, IL 60654** |
| DESCRIPTION: | Race: **White**  Sex: **Female**  Age: **35**  Height: **5'7"**  Weight: **140**  Hair: **Brown**  Glasses: **No** |

I declare under penalties of perjury that the information contained herein is true and correct.

SUBSCRIBED AND SWORN to before me on the 19th day of March, 2021.

Signature: _____
Steven A. Stosur
Registration No: 117-001119

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025


**Judicial Attorney Services, Inc. 2100 Manchester Rd., Ste 503-2  Wheaton, IL 60187, (630) 221-9007**

CLIENT: **Ashman Law LLC**
FILE #:

Job #: **460775**