UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CASE NO: 2:21-cv-93

*-FILED-*
*APR 13 2021*
At _____
ROBERT N. ____ M____, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Raviv Wolfe

---

Defendant

vs.

Fund Recovery Services, LLC, a Delaware Limited Liability Company, as Assignee of Princeton Alternative Income Fund, L.P., a New Jersey Limited Partnership

---

Plaintiff

## MOTION TO ENLARGE TIME TO FILE RESPONSE

I, Raviv Wolfe, an Individual, and the above named Defendant, do hereby request an enlargement of time of 30 days. I request that I be given until May 14th, to file my response. I need this additional time because I was out of town when I was served, and have not had adequate time to review and research the Complaint. I would have filed this request with the Court this past week, but was unintentionally given erroneous information in error by the opposing counsel, as it was discussed that we could handle the request for extension via email, which was completed prior to the deadline, on April 7th, without involving the Court.

THEREFORE, I respectfully request an extension from the Court, in order to appropriately, and accurately respond to the Complaint.

Raviv Wolfe

*(signature)*

Defendant

343 W Wolf Point Plz, #4304

Chicago, IL 60654