UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, as assignee of PRINCETON ALTERNATIVE INCOME FUND, LP, )))) | |
| Plaintiff, )) | |
| v. ))) | CAUSE NO.: 2:21-CV-93-PPS-JEM |
| RAVIV WOLFE and KATHERINE WOLFE, Defendants. )))) | |

**ORDER**

This matter is before the Court on a Motion to Enlarge Time to File Response [DE 8], filed by Defendant Raviv Wolfe on April 13, 2020. Defendant Raviv Wolfe, proceeding *pro se*, requests additional time to file his answer to the Complaint, through May 14, 2021.

Defendant Raviv Wolfe's answer was due on April 9, 2021. In his Motion, he explains that he was out of town when he was served and has not had adequate time to review and research the Complaint. He also represents that he filed the instant Motion after the deadline passed because he was under the belief that the extension could be handled via email with opposing counsel. The Court finds that Defendant Raviv Wolfe's delay in requesting the extension is excusable and that there is good cause for extending the deadline. *See* Fed. R. Civ. P. 6(b)(1).

Accordingly, the Court hereby **GRANTS** the Motion to Enlarge Time to File Response [DE 8] and **ORDERS** that the deadline for Defendant Raviv Wolfe to file a response to the Complaint is extended to **May 14, 2021.**

SO ORDERED this 14th day of April, 2021.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:  All counsel of record
Defendant Raviv Wolfe, *pro se*