UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| FUND RECOVERY SERVICES, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:21-CV-93-PPS-JEM |
| | ) | |
| RAVIV WOLFE and | ) | |
| KATHERINE WOLFE, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 17], filed by the parties on July 1, 2021. The parties submitted an agreed proposed discovery schedule, and pursuant to Federal Rule of Civil Procedure 16(b) the Court must issue a scheduling order. Upon review of the report, the Court hereby **ORDERS**:

(1) Rule 26(a)(1) initial exchanges must be completed by **July 29, 2021;**

(2) The deadline for the parties to seek leave to amend the pleadings or add parties is **April 11, 2022;**

(3) The deadline to complete all fact discovery is **January 24, 2022;**

(4) Plaintiff's expert witness disclosures and reports are to be provided to Defendants by **February 7, 2022;**

(5) Defendants' expert witness disclosures and reports are to be provided to Plaintiff by **February 28, 2022;**

(6) Rule 26(e) supplements are due by **March 21, 2022;**

(7) The deadline to complete all expert discovery is **April 11, 2022;**

(8) All other dates and deadlines in the parties' planning report through the close of

1

discovery are approved and adopted herein;

(9) The summary judgment deadline per Federal Rule of Procedure 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date;

(10) The deadline for the parties to select a mediator is **January 24, 2022**, and mediation must be completed and a report filed by **April 11, 2022**; and

(11) The deadline for the parties to review and return either the Consent to, or the Declination of the Exercise of Jurisdiction by a United States Magistrate Judge consent form is extended to **July 23, 2021**.

Since the scheduling order has now issued, the Court **VACATES** the Preliminary Pretrial Conference currently scheduled for July 8, 2021.

SO ORDERED this 2nd day of July, 2021.

       s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record