# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Fund Recovery Services, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:21-cv-93 |
| Raviv Wolfe and Katherine Wolfe | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Fund Recovery Services, LLC                                                 .

Date:   07/12/2021                                            /s/Kenneth J. Ashman
                                                          *Attorney's signature*

                                                          Kenneth J. Ashman
                                                          *Printed name and bar number*

                                                          Ashman Law Offices, LLC
                                                          2801 Orange Brace Road
                                                          Riverwoods, Illinois 60015

                                                          *Address*

                                                          kashman@ashman.law
                                                          *E-mail address*

                                                          (312) 596-1700
                                                          *Telephone number*

                                                          (312) 873-3800
                                                          *FAX number*