# United States District Court
## Northern District of Indiana

**APPEARANCE**

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:21-cv-00093-PPS-JEM |
| ) | |
| RAVIV WOLFE ) | |
| KATHERINE WOLFE ) | |
| Defendants, ) | |

To the Clerk of this court and all parties of record:

I, Daniel L. Freeland, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-b-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for: *RAVIV WOLFE and KATHERINE WOLFE*

Date: November 2, 2021         /s/ *Daniel L. Freeland*
                               Daniel L. Freeland
                               **Daniel L Freeland & Associates**
                               Attorney Number 6979-45
                               9105 Indianapolis Blvd.
                               Highland, IN  46322
                               219-922-0800
                               dlf9601@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

                               /s/ Daniel L. Freeland
                               Daniel L. Freeland