# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-93 |
| v. ) | |
| ) | |
| RAVIV WOLFE and ) | |
| KATHERINE WOLFE ) | |
| ) | |
| Defendants. ) | |

### REPORT OF PARTIES' SELECTION OF A MEDIATOR

Come now Plaintiff, Fund Recovery Services, LLC, by Counsel, Austgen Kuiper Jasaitis P.C., by Attorneys Michael J. Jasaitis and Ryan A. Deutmeyer, and Raviv Wolfe and Katherine Wolfe, by Counsel, Daniel L. Freeland and Associates, P.C., by Attorney Daniel L. Freeland and inform the Court that the Parties have selected David Jensen, whose address is 2929 Carlson Drive, Suite 100, Hammond, Indiana 46323 as mediator in this case, subject to his acceptance.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DANIEL FREELAND AND ASSOCIATES, P.C. | AUSTGEN KUIPER JASAITIS P.C. |
| By: /s/ Daniel L. Freeland | By: /s/ Ryan A. Deutmeyer |
| Daniel L. Freeland #6979-45 | Ryan A. Deutmeyer #31945-64 |
| 9105 Indianapolis Blvd. | Michael J. Jasaitis #22408-64 |
| Highland, IN 46322 | 130 N Main Street |
| Tel. (219) 922-0800 | Crown Point, IN 46307 |
| Attorney for Defendants | Tel. (219) 663-5600 |
| | Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

The undersigned here certifies that a copy of the foregoing was served upon the following counsel of record, via ECF this 25th day of February, 2022:

Daniel L. Freeland, 9105 Indianapolis Blvd., Highland, Indiana 46322