UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

-FILED-

APR 14 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FT WAYNE IN 468

31 JUL 2021 PM 3 T

SECURITY SCREENED





$0.51²
US POSTAGE
FIRST-CLASS
062S0010313813
46802

Raviv Wolfe
343 W. Wolf Point Plaza
Unit 4304
Chicago, IL 60654

NIXIE        601    DE 1        0004/11/22
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 46802349599    *1412-04541-31-39