**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
5400 FEDERAL PLAZA
HAMMOND, INDIANA 46320

OFFICIAL BUSINESS



**-FILED-**

APR 1 4 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

S. SUBURBAN
IL 604
09 JUL '21
PM 1 L

NEOPOST          FIRST-CLASS MAIL
07/09/2021
US POSTAGE  $000.51⁰


ZIP 46320
041M11465283



Raviv Wolfe
343 Wolf Point Plaza
Unit 4304
Chicago, IL 60654

IA
46320>1840
60654-016779

NIXIE        601   DE 1        0004/11/22
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 46320184099    *1176-00928-11-39