IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

------------------------------------------------------------x
FUND RECOVERY SERVICES, LLC, a             )
Delaware limited liability company, as assignee )
of PRINCETON ALTERNATIVE INCOME    )
FUND, L.P., a New Jersey limited partnership, )
                                                                     )
Plaintiff,                                                      )     Case No.:  2:21-cv-00093-PPS-JEM
                                                                     )
v.                                                                  )     Hon. John E. Martin
                                                                     )     United States Magistrate Judge
                                                                     )
RAVIV WOLFE, an individual, and           )
KATHERINE WOLFE, an individual,         )
                                                                     )
Defendants.                                               )
------------------------------------------------------------x

## MOTION TO WITHDRAW

Jeffrey E. Crane ("Crane"), counsel of record to Plaintiff Fund Recovery Services, LLC ("Plaintiff"), hereby moves to withdraw his appearance and representation of Plaintiff, stating as follows:

1. On March 19, 2021, the Court granted Crane's application to appear pro hac vice on behalf of Plaintiff in this matter [Dkt. 6].

2. Without providing the details (but which would be disclosed if requested by the Court), irreconcilable differences have arisen between Crane and Plaintiff, preventing the continued representation by Crane of Plaintiff in this matter.

3. Plaintiff is also represented by Gerard M. McCabe, as lead counsel, admitted *pro hac vice* on August 8, 2022 [Dkt. 58], and by Ryan A. Deutmeyer and Michael J. Jasaitis, as local counsel, with appearances filed on March 15, 2021 [Dkts. 2 and 3].

4. As such, Plaintiff will not be prejudiced by the grant of this motion. The grant of the motion will not delay the trial of this case.

**WHEREFORE,** Crane respectfully requests that this Court issue an Order granting Crane's withdrawal from the representation of Plaintiff in this case, and providing such other and further relief as this Court may deem just and proper.

Dated:  March 5, 2024                              Respectfully submitted,

                                                                    JEFFREY E. CRANE

                                                                    */s/ Jeffrey E. Crane*
                                                                    Jeffrey E. Crane
                                                                    LAW OFFICE OF JEFFREY E. CRANE, LLC
                                                                    1363 Shermer Road, Suite 222
                                                                    Northbrook, Illinois 60062
                                                                    (847) 239-7239 (p)
                                                                    (847) 239-7202 (f)
                                                                    jeff@jeffcranelaw.com

## CERTIFICATE OF SERVICE

I, Jeffrey E. Crane, certify that on March 5, 2024, true and correct copies of the foregoing was filed electronically through the Northern District of Indiana CM/ECF electronic filing system, which will send a notification of filing to all counsel of record and unrepresented parties.

<em>/s/ Jeffrey E. Crane</em><br>
Jeffrey E. Crane