# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FUND RECOVERY SERVICES, LLC, *a Delaware Limited Liability Company*
*TERMINATED: 03/04/2024*
as assignee of Princeton Alternative Income Fund LP, a New Jersey limited partnership

PRINCETON ALTERNATIVE INCOME FUND LP

        Plaintiffs

  v.

                                                                      Civil Action No. 2:21-cv-93

RAVIV WOLFE

KATHERINE WOLFE

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: <u>Judgment ENTERED in favor of the defendants Raviv Wolfe, and Katherine Wolfe and against plaintiff Princeton Alternative Income Fund LP.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Magistrate Judge John E. Martin on Motion for Summary Judgment.

DATE: 8/2/2024            CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*